UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE VISTA EQUITIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WILSON C. SANTIAGO,<br><br>    Defendant. | Case No. 15-cv-05101-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Eagle Vista Equities, LLC v. Santiago*, 15-cv-04143-EMC.

    IT IS SO ORDERED.

Dated: November 20, 2015

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge